Re: Patricia Rankin (14-21418)

# A Motion to Verify Creditor's Claim as Accepted by March 26, 2015 Bankruptcy Court Ruling

The Creditor (Brad M. Ragaglia) wishes the Court to rule that his Creditor's Claim was timely, as stated by Judge Alan H.W. Shiff who presided on the March 26, 2015 at Creditor's Objection Hearing. The status was to be followed up upon by Judge Ann M. Nevins after Creditor's appearance on April 23, 2015.

*Brad M. Ragaglia*

9/2/15

INTERNAL MEDICINE - INFECTIOUS DISEASE
ZANE SAUL, M.D.
GORAN MILJKOVIC, M.D.
DAVID LOBO, M.D.

3241 MAIN STREET, SUITE B
STRATFORD, CT 06614-4980          (203) 383-4466
2600 POST ROAD
SOUTH PORT, CT 06890              (203) 259-8087

DEA#
NAME  RAGAGLIA BRAD          DOB
ADDRESS                      DATE 7/6/15

TAMPER-RESISTANT FEATURES INCLUDE: SAFETY-BLUE
ERASE-RESISTANT BACKGROUND, "ILLEGAL" PANTOGRAPH,
QUANTITY CHECK-OFF BOXES AND REFILL INDICATOR

Rx  The above patient
is under my care
for advanced Lyme
disease, remains on
U therapy the last
3 Months and is
currently unable
to work

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
___ Units

Refill  NR  1 2 3 4 5

(Signature)

To ensure brand name dispensing, prescriber must handwrite "BRAND
MEDICALLY NECESSARY" on the prescription.
                                        4AIM1365236

---

INTERNAL MEDICINE - INFECTIOUS DISEASE
ZANE SAUL, M.D.
GORAN MILJKOVIC, M.D.
DAVID LOBO, M.D.

3241 MAIN STREET, SUITE B
STRATFORD, CT 06614-4980          (203) 383-4466
2600 POST ROAD
SOUTH PORT, CT 06890              (203) 259-8087

DEA#
NAME  RAGAGLIA BRAD          DOB
ADDRESS                      DATE 8/7/15

TAMPER-RESISTANT FEATURES INCLUDE: SAFETY-BLUE
ERASE-RESISTANT BACKGROUND, "ILLEGAL" PANTOGRAPH,
QUANTITY CHECK-OFF BOXES AND REFILL INDICATOR

Rx  The above patient
is under my care
for Lyme Disease - since 1/15
is having ongoing
mental and
physical impairment
from his disease

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☑ 101-150
☐ 151 and over
___ Units

Refill  NR  1 2 3 4 5

(Signature)

To ensure brand name dispensing, prescriber must handwrite "BRAND
MEDICALLY NECESSARY" on the prescription.
     001206                              4AIM1365236

---

INTERNAL MEDICINE - INFECTIOUS DISEASE
ZANE SAUL, M.D.
GORAN MILJKOVIC, M.D.
DAVID LOBO, M.D.

3241 MAIN STREET, SUITE B
STRATFORD, CT 06614-4980          (203) 383-4466
2600 POST ROAD
SOUTH PORT, CT 06890              (203) 259-8087

DEA#
NAME  RAGAGLIA BRAD          DOB
ADDRESS                      DATE 3/25/15

TAMPER-RESISTANT FEATURES INCLUDE: SAFETY-BLUE
ERASE-RESISTANT BACKGROUND, "ILLEGAL" PANTOGRAPH,
QUANTITY CHECK-OFF BOXES AND REFILL INDICATOR

Rx  The above patient
is under my care
for exacerbation of
CHRONIC LYME,
with symptoms/duty
b/c to 1/1/15. He
is currently in poor
Medical Condition

☐ 1-24
☐ 25-49
☐ 50-74
☐ 75-100
☐ 101-150
☐ 151 and over
___ Units

Refill  NR  1 2 3 4 5

(Signature)

---

INTERNAL MEDICINE - INFECTIOUS DISEASE
ZANE SAUL, M.D.
GORAN MILJKOVIC, M.D.
DAVID LOBO, M.D.

3241 MAIN STREET, SUITE B
STRATFORD, CT 06614-4980          (203) 383-4466
2600 POST ROAD
SOUTH PORT, CT 06890              (203) 259-8087

DEA#
NAME  Brad Ragaglia         DOB
ADDRESS                      DATE 0/5/15

TAMPER-RESISTANT FEATURES INCLUDE: SAFETY-BLUE
ERASE-RESISTANT BACKGROUND, "ILLEGAL" PANTOGRAPH,
QUANTITY CHECK-OFF BOXES AND REFILL INDICATOR

Rx  The above patient is under
my care for exacerbation of
Chronic Lyme with
symptoms dated back to
1/15. He is currently
in poor medical condition.
Any question please call.

☐ 1-24
☐ 25-49
☐ 50-74
☑ 75-100
☐ 101-150
☐ 151 and over
___ Units

Refill  NR  1 2 3 4 5

(Signature)